## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RITA HEMPHILL, | Civil No. 15-2107 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JULIE NICKLIN, | |
| Defendant. | |

_____

Rita Hemphill, 18668-424, FCI- Waseca, PO Box 1731, Waseca, MN 56093, *pro se* plaintiff,

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 6, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner Rita Hemphill's petition for a writ of habeas corpus [Docket No. 1] is **DENIED**.

2. This action is **DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION.**

3. Hemphill's motion to appoint counsel [Docket No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  June 9, 2015                              ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                  United States District Judge